IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORETTA BURTON, MICHAEL BURTON, *husband and wife*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:09-288 ) JUDGE KIM R. GIBSON ) |
| AMBER L. PRICE, CINDY A. PRICE *also known as* CINDY CLINEDINST, | ) ) ) ) |
| Defendants. | ) ) |

**Pretrial Conference: April 24, 2012**

Before Judge          KIM R. GIBSON         

Aaron J. Neuharth                                    Stephen J. Magley                        
Appeared for Plaintiffs                          Appeared for Defendants.

Conference began:     9:39 A.M.              Conference Concluded:  9:54  A.M.   

Law Clerk:                  DGP               Court Reporter:        KS

  Counsel entered their appearances and a pretrial conference was held. Attorney Neuharth indicated that the parties had reached an agreement to proceed with a non-jury trial and estimated that his case would take approximately one-half day to present. Attorney Magley agreed that the trial would be non-jury and estimated that his presentation would consist of roughly an hour of testimony and the submission of written reports. The Court indicated that it would schedule the matter for trial on May 21, 2012 at 9:00 a.m. with the expectation that trial would last one day, although the Court indicated that it would leave its calendar open for May 22, 2012 as well. The parties also agreed to submit written proposed findings of fact and conclusions of law after receiving copies of the trial transcript, as opposed to presenting oral closing arguments at the conclusion of trial. Accordingly, the Court indicated that it would: (1) issue an amended scheduling order; and (2) at the end of trial on May 21, 2012, direct trial

transcripts to be produced with costs to be shared by the parties, and provide counsel 30 days from the receipt of the transcripts to submit their proposed findings.